| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>Raymond and Raymond<br>Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>Phone: (973) 675-5622; Fax: (408) 519-6711<br>Email: bankruptcy123@comcast.net | **Order Filed on November 30, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |

In Re:

HASAN YILMAZ,

DEBTOR

Case No.:   17-14310

Chapter:   13

Judge:   RG

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 30, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____7/12/17_____ :

Property:    397 CLIFTON AVE, CLIFTON, NJ

Creditor:    SHELLPOINT MORTGAGE SERVICING

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____DEBTOR_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____3/30/18_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2