UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Raymond and Raymond**
**Attorneys at Law**
**7 Glenwood Avenue, 4TH Floor**
**East Orange, New Jersey 07017**
**Telephone: (973) 675-5622**
**Telefax: (408) 519-6711;**
**Email: bankruptcy123@comcast.net**
**Herbert B. Raymond #HR-1379**
**Jeffrey M. Raymond**
**Kevin de Lyon**
**Attorneys for the Debtor(s)**

Order Filed on May 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

HASAN YILMAZ, DEBTOR(S)

Case No.:  17-14310 (RG)

Adv. No.:

Hearing Date:  May 1, 2018

Judge: ROSEMARY GAMBARELLA

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

    The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: May 4, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

Debtor: Hasan Yilmaz, Debtor(s)

Case no.:  17-14310 (RG)

Caption of order: Order Granting Supplemental Counsel Fees
_____

   The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

   ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$1,500.00** for services rendered and expenses in the amount **$40.00**  for a total of **$1,540.00**.  The allowance shall be payable

   ___XXXX___   through the Chapter 13 plan as an administrative priority.

   _____   outside the plan.


   This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-14310-RG
Hasan Yilmaz                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: May 04, 2018
                              Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2018.
db             +Hasan Yilmaz,    397 Clifton Avenue,    First Floor,    Clifton, NJ 07011-2642

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Hasan  Yilmaz bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M. E. Powers, III   on behalf of Creditor    Federal National Mortgage Association
               ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Federal National Mortgage Association
               ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Federal National Mortgage Association
               ecf@powerskirn.com
                                                                                             TOTAL: 7