UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Phone: (973) 675-5622; Fax: (408) 519-6711
Email: bankruptcy123@comcast.net

**Order Filed on August 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

HASAN YILMAZ,

DEBTOR

Case No.:     17-14310

Chapter:      13

Judge:        RG

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 9, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____4/12/18_____ :

Property:    397 CLIFTON AVE, CLIFTON, NJ

Creditor:    SHELLPOINT MORTGAGE SERVICING

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____DEBTOR_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____11/30/18_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2