Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 17–14310–RG
                        Chapter: 13
                        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Hasan Yilmaz
    397 Clifton Avenue
    First Floor
    Clifton, NJ 07011

Social Security No.:
    xxx–xx–8674

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on May 8, 2017.

    On 9/27/18 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:                October 17, 2018
Time:              09:00 AM
Location:         Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: September 28, 2018
JAN: smz

                                                                        Jeanne Naughton
                                                                        Clerk

```
                        United States Bankruptcy Court
                            District of New Jersey
In re:                                                            Case No. 17-14310-RG
Hasan Yilmaz                                                      Chapter 13
       Debtor           CERTIFICATE OF NOTICE
District/off: 0312-2      User: admin                Page 1 of 2        Date Rcvd: Sep 28, 2018
                          Form ID: 185               Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2018.
db             +Hasan Yilmaz,    397 Clifton Avenue,    First Floor,   Clifton, NJ 07011-2642
516683483       Bank of America,    475 Crosspoint Parkway,    PO Box 9000,   Getzville, NY 14068-9000
516683482      +Bank of America,    PO Box 17645,    Baltimore, MD 21297-1645
516683481      +Bank of America,    PO Box 2240,    Brea, CA 92822-2240
516683490      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank Usa,    Citicard Credit Services,    P0 Box 20507,
                  Kansas City, MO 64195)
516683484      +Cardmember Services,    PO Box 15153,   Wilmington, DE 19886-5153
516683485       Cardmember Services,    P0 Box 8650,   Wilmington, DE 19899
516683486      +Cardmemeber Services,    PO Box 15153,   Wilmington, DE 19886-5153
516683487      +Chase Bank,   PO Box 15153,    Wilmington, DE 19886-5153
516683488      +Chase Bank,   PO Box 15298,    Wilmington, DE 19850-5298
516683489      +Citibank,   PO Box 6500,    Sioux Falls, SD 57117-6500
516683491      +Citibank Usa,    Po Box 6497,   Sioux Falls, SD 57117-6497
516683492       Citimortgage,    PO Box 140609,   Corsicana, TX 75109
516683493      +City of Clifton,    Attn: Water / Sewer Department,    City Hall,   900 Clifton Avenue,
                  Clifton, NJ 07013-2796
516683494      +City of Clifton,    Attn; Water / Sewer,   City Hall,    900 Clifton Avenue,
                  Clifton, NJ 07013-2796
516683495       City of Clifton,    Sewer Payments,   PO Box 51070,    Newark, NJ 07101-5170
516683496      +FIA Card Services,    Attn: Bankruptcy,   P0 Box 182125,    Columbus, OH 43218-2125
516683497      +FIA Card Services, NA,    P0 Box 15137,   Wilmington, DE 19850-5137
516904629      +MTGLQ Investors, L.P.,    Shellpoint Mortgage Servicing,    PO Box 10826,
                  Greenville SC 29603-0826
516683500      +PNC Bank,   Consumer Loan Center,    2730 Liberty Avenue,   Pittsburgh, PA 15222-4704
516683502      +PNC Bank,   Attn: Customer Service,    PO Box 609,   Pittsburgh, PA 15230-0609
516683501      +PNC Bank,   Attn: Mortgage Service Center,    PO Box 3714558,   Pittsburgh, PA 15250-0001
516683499      +PNC Bank,   PO Box 747032,    Pittsburgh, PA 15274-7032
516683503      +PNC Mortgage,   PO Box 74982,    Cleveland, OH 44194-1065
516683498      +Pnc Bank,   4661 E Main Street,    Columbus, OH 43213-3298
516683507      +Portfolio Recovery Associates, L.L.C.,    PO Box 12903,   Norfolk, VA 23541-0903
516683508      +Powers Kirn,    728 Marne Highway,   Suite 200,    PO Box 848,   Moorestown, NJ 08057-0848
516683509      +Powers Kirn   LLC,   728 Marne Highway,    Suite 200,   Moorestown, NJ 08057-3128
516683511      +Seterus,   P0 Box 7162,    Pasadena, CA 91109-7162
516683512       Seterus,   14528 South Parview Drive,    Covina, CA 91724
516683510      +Seterus,   P0 Box 4121,    Beaverton, OR 97076-4121
516683513      +Seterus,   P0 Box 4128,    Attn: Bankruptcy Department,    Beaverton, OR 97076-4128
516683514      +Seterus Inc,    14523 Sw Millikan Way,   Beaverton, OR 97005-2352

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 29 2018 00:20:21      U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 29 2018 00:20:17      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516683505       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2018 00:30:49
                  Portfolio Recovery,    140 Corporate Blvd.,   Norfolk, VA 23502
516683504       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2018 00:29:50
                  Portfolio Recovery,    Attn: Bankruptcy,   P0 Box 41067,   Norfolk, VA 23541
516683506      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2018 00:30:49
                  Portfolio Recovery Associates, L.L.C.,    PO Box 12914,   Norfolk, VA 23541-0914
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Sep 28, 2018
                               Form ID: 185             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2018 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor   MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Herbert B. Raymond    on behalf of Debtor Hasan  Yilmaz bankruptcy123@comcast.net,
           jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
           mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M. E. Powers, III    on behalf of Creditor    Federal National Mortgage Association
           ecf@powerskirn.com
          William M.E. Powers    on behalf of Creditor    Federal National Mortgage Association
           ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Federal National Mortgage Association
           ecf@powerskirn.com
                                                                                             TOTAL: 7
```