**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 1 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

Last revised: September 1, 2018

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re: HASSAN YILMAZ,

Debtor(s)

Case No.: 17-14310 RG

Judge: GAMBARDELLA

## Chapter 13 Plan and Motions

☐ Original   ☒ Modified/Notice Required   Date: 9/27/18

☒ Motions Included   ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __HR__   Initial Debtor: __HY__   Initial Co-Debtor: _____

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ __325__ per __MONTH__ to the Chapter 13 Trustee, starting on __APRIL OF 2017__ for approximately __36__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☒ Loan modification with respect to mortgage encumbering property:
Description: 397 Clifton Avenue, Clifton, NJ
Proposed date for completion: 1/31/19 or as extended **

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:

** Completion of loan modification on or before January 31, 2019, or as extended by the Court. Debtor to make loss mitigation payment, not regular monthly mortgage payment to lender/servicer, Seterus, Inc. Trustee is to pay mortgage arrears due to Seterus, Inc. Mortgage arrears, due to Seterus, Inc., to be addressed through loan modification, to the extent not paid through plan payments.

### Part 2:  Adequate Protection ☒ NONE

      a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

      b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

### Part 3:  Priority Claims (Including Administrative Expenses)

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ |
| DOMESTIC SUPPORT OBLIGATION | NONE AS TO DOMESTIC SUPPORT | $3,500 Balance Due Counsel (Orig. Fee) |

    b.   Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
|  | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. |  |  |

| Part 4: | Secured Claims |
|---|---|

### a. Curing Default and Maintaining Payments on Principal Residence: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| PNC MORTGAGE | 2ND MORTGAGE RE: 397 CLIFTON AVE., CLIFTON, NJ | $52,600 | $300,000 | SETERUS, INC., IAO $345,000 | NO VALUE | N/A | NO VALUE |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☐ NONE

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| CITY OF CLIFTON, WATER/SEWER DEPARTMENT, UNPAID WATER AND/OR SEWER CHARGES | REAL PROPERTY RE: 397 CLIFTON AVENUE, CLIFTON, NEW JERSEY | $1,200 |

# Part 5:  Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

### Part 6: Executory Contracts and Unexpired Leases ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

### Part 7: Motions ☐ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | ;sdifhsdhf sdifhd;ih |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| PNC MORTGAGE | 2ND MORTGAGE RE: 397 CLIFTON AVENUE, CLIFTON, NJ | $52,600 | $300,000 | SETERUS, INC., IAO $345,000 | NO VALUE | $52,600, ENTIRE MORTGAGE |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Counsel Fees & Supp. Counsel Fees (Fully paid before other Claims)
3) Secured Claims and then Priority Claims
4) Unsecured Claims

### d. Post-Petition Claims

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: MARCH 19, 2017.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| TO PROVIDE FOR PAYMENT OF THE PRE-PETITION ARREARS DUE TO SETERUS, INC.  TRUSTEE IS TO PAY THE PRE-PETITION ARREARS DUE TO SETERUS, INC, REMAINING ADDRESS TO BE ADDRESSED THROUGH LOAN MODIFICATION. | THE PLAN PROVIDES FOR PAYMENT OF THE MORTGAGE ARREARS DUE TO SETERUS, INC.  THERE ARE NO FURTHER OBLIGATIONS OTHERWISE LEFT TO PAY AND THE DEBTOR IS STILL IN THE MIDST OF THE LOAN MODIFICATION SO THE CASE MUST CONTINUE. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: SEPTEMBER 27, 2018              /S/ HASAN YILMAZ
                                      Debtor

Date: _____                _____
                                      Joint Debtor

Date: SEPTEMBER 27, 2018              /S/ HERBERT B. RAYMOND, ESQ.
                                      Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-14310-RG
Hasan Yilmaz                                                            Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2              Date Rcvd: Sep 28, 2018
                               Form ID: pdf901          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2018.
```
db             +Hasan Yilmaz,    397 Clifton Avenue,    First Floor,    Clifton, NJ 07011-2642
516683483       Bank of America,    475 Crosspoint Parkway,    PO Box 9000,    Getzville, NY 14068-9000
516683482      +Bank of America,    PO Box 17645,    Baltimore, MD 21297-1645
516683481      +Bank of America,    PO Box 2240,    Brea, CA 92822-2240
516683490     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Usa,    Citicard Credit Services,    P0 Box 20507,
                 Kansas City, MO 64195)
516683484      +Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
516683485       Cardmember Services,    P0 Box 8650,    Wilmington, DE 19899
516683486      +Cardmemeber Services,    PO Box 15153,    Wilmington, DE 19886-5153
516683487      +Chase Bank,    PO Box 15153,    Wilmington, DE 19886-5153
516683488      +Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
516683489      +Citibank,    PO Box 6500,    Sioux Falls, SD 57117-6500
516683491      +Citibank Usa,    Po Box 6497,    Sioux Falls, SD 57117-6497
516683492       Citimortgage,    PO Box 140609,    Corsicana, TX 75109
516683493      +City of Clifton,    Attn: Water / Sewer Department,    City Hall,    900 Clifton Avenue,
                 Clifton, NJ 07013-2796
516683494      +City of Clifton,    Attn; Water / Sewer,    City Hall,    900 Clifton Avenue,
                 Clifton, NJ 07013-2796
516683495       City of Clifton,    Sewer Payments,    PO Box 51070,    Newark, NJ 07101-5170
516683496      +FIA Card Services,    Attn: Bankruptcy,    P0 Box 182125,    Columbus, OH 43218-2125
516683497      +FIA Card Services, NA,    P0 Box 15137,    Wilmington, DE 19850-5137
516904629      +MTGLQ Investors, L.P.,    Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville SC 29603-0826
516683500      +PNC Bank,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
516683502      +PNC Bank,    Attn: Customer Service,    PO Box 609,    Pittsburgh, PA 15230-0609
516683501      +PNC Bank,    Attn: Mortgage Service Center,    PO Box 3714558,    Pittsburgh, PA 15250-0001
516683499      +PNC Bank,    PO Box 747032,    Pittsburgh, PA 15274-7032
516683503      +PNC Mortgage,    PO Box 74982,    Cleveland, OH 44194-1065
516683498      +Pnc Bank,    4661 E Main Street,    Columbus, OH 43213-3298
516683507      +Portfolio Recovery Associates, L.L.C.,    PO Box 12903,    Norfolk, VA 23541-0903
516683508      +Powers Kirn,    728 Marne Highway,    Suite 200,    PO Box 848,    Moorestown, NJ 08057-0848
516683509      +Powers Kirn   LLC,    728 Marne Highway,    Suite 200,    Moorestown, NJ 08057-3128
516683511      +Seterus,    P0 Box 7162,    Pasadena, CA 91109-7162
516683512       Seterus,    14528 South Parview Drive,    Covina, CA 91724
516683510      +Seterus,    P0 Box 4121,    Beaverton, OR 97076-4121
516683513      +Seterus,    P0 Box 4128,    Attn: Bankruptcy Department,    Beaverton, OR 97076-4128
516683514      +Seterus Inc,    14523 Sw Millikan Way,    Beaverton, OR 97005-2352
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 29 2018 00:20:22      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 29 2018 00:20:17      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516683505       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2018 00:29:53
                 Portfolio Recovery,    140 Corporate Blvd.,    Norfolk, VA 23502
516683504       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2018 00:41:39
                 Portfolio Recovery,    Attn: Bankruptcy,    P0 Box 41067,    Norfolk, VA 23541
516683506      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2018 00:29:54
                 Portfolio Recovery Associates, L.L.C.,    PO Box 12914,    Norfolk, VA 23541-0914
                                                                                              TOTAL: 5
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Sep 28, 2018
                              Form ID: pdf901          Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Herbert B. Raymond     on behalf of Debtor Hasan   Yilmaz bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Marie-Ann   Greenberg     magecf@magtrustee.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William M. E. Powers, III    on behalf of Creditor    Federal National Mortgage Association
               ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Federal National Mortgage Association
               ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Federal National Mortgage Association
               ecf@powerskirn.com
                                                                                             TOTAL: 7
```