| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Raymond and Raymond<br>Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>Telephone: (973) 675-5622<br>Telefax: (408) 519-6711;<br>Email: bankruptcy123@comcast.net<br>Herbert B. Raymond #HR-1379<br>Jeffrey M. Raymond<br>Kevin de Lyon<br>Attorneys for the Debtor(s)** | **Order Filed on May 1, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |

| | |
|---|---|
| In Re:<br><br>HASAN YILMAZ, DEBTOR(S) | Case No.: 17-14310 (RG)<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: ROSEMARY GAMBARELLA |

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: May 1, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2

Debtor: Hasan Yilmaz, Debtor(s)

Case no.:  17-14310 (RG)

Caption of order: Order Granting Supplemental Counsel Fees

_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$500.00** for services rendered and expenses in the amount **$0.00**  for a total of **$500.00**.  The allowance shall be payable

___XXXX___   through the Chapter 13 plan as an administrative priority.

_____   outside the plan.

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.