UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Raymond and Raymond**
**Attorneys at Law**
**7 Glenwood Avenue, 4TH Floor**
**East Orange, New Jersey 07017**
**Telephone: (973) 675-5622**
**Telefax: (408) 519-6711;**
**Email: bankruptcy123@comcast.net**
**Herbert B. Raymond #HR-1379**
**Jeffrey M. Raymond**
**Kevin de Lyon**
**Attorneys for the Debtor(s)**

Order Filed on May 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

HASAN YILMAZ, DEBTOR(S)

Case No.: 17-14310 (RG)

Adv. No.:

Hearing Date:

Judge: ROSEMARY GAMBARELLA

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: May 1, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2

Debtor: Hasan Yilmaz, Debtor(s)

Case no.:  17-14310 (RG)

Caption of order: Order Granting Supplemental Counsel Fees

_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$500.00** for services rendered and expenses in the amount **$0.00**  for a total of **$500.00**.  The allowance shall be payable

___XXXX___    through the Chapter 13 plan as an administrative priority.

_____    outside the plan.


This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.

United States Bankruptcy Court
District of New Jersey

In re:  
Hasan Yilmaz  
     Debtor

Case No. 17-14310-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 01, 2019  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2019.  
db         +Hasan Yilmaz,   397 Clifton Avenue,   First Floor,   Clifton, NJ 07011-2695

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2019 at the address(es) listed below:

      Denise E. Carlon   on behalf of Creditor   MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Herbert B. Raymond   on behalf of Debtor Hasan Yilmaz herbertraymond@gmail.com, raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;esq5622@gmail.com  
      Jonathan C. Schwalb   on behalf of Creditor   SN Servicing Corporation bankruptcy@friedmanvartolo.com  
      Marie-Ann Greenberg   magecf@magtrustee.com  
      Michelle Ghidotti   ecfnotifications@ghidottilaw.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
      William M. E. Powers, III   on behalf of Creditor   Federal National Mortgage Association ecf@powerskirn.com  
      William M.E. Powers   on behalf of Creditor   Federal National Mortgage Association ecf@powerskirn.com  
      William M.E. Powers, III   on behalf of Creditor   Federal National Mortgage Association ecf@powerskirn.com

                    TOTAL: 9