UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
212-471-5100
bankruptcy@friedmanvartolo.com

In Re:

Barry J. Marciano
Lori L. Marciano

Order Filed on May 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-10437

Chapter: 13

Judge: Rosemary Gambardella

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 8, 2019**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___April 13, 2018___ :

Property: ___18 Woodward Avenue, Bloomingdale, NJ 07403___

Creditor: ___SN Servicing Corporation as Successor to Rushmore Loan Management Services___

and a Request for

- ☐ Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

- ☒ Early Termination of the Loss Mitigation Period having been filed by ___Secured Creditor___, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____.

The Loss Mitigation Period is terminated, effective ___Immediately___.

*Revised 9/19/13*

2