# RAYMOND & RAYMOND
### Attorneys at Law

Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin de Lyon, Esq.

**7 Glenwood Avenue, 4ᵗʰ Fl., Ste. 408**
**East Orange, NJ 07017**
**Telephone (973) 675-5622**
**Facsimile (408) 519-6711**
**Email: herbertraymond@gmail.com**
Website: www.bankruptcylaw123.com

July 22, 2019

Honorable Rosemary Gambardella  U.S.B.J.
U.S. Bankruptcy Court
50 Walnut St., 3ʳᵈ Floor
Newark, NJ 07102

        Re: Hasan Yilmaz, Debtor(s)
            17-14310
            Chapter 13
        Proceeding: Trustee Default Certification
        Hearing Date: To Be Determined

Dear Judge Gambardella:

        Please accept this letter in opposition to the above matter.

        The certification is based on the fact that the loan
modification has been denied and loss mitigation terminated.
This is correct. We believe that the debtor wants to file a
modified plan to continue loan modification efforts outside of
loss mitigation.  However, we have been unable to file a formal
response to the matter and the deadline to respond is today.

         Therefore, I would request that the court schedule a
hearing on the matter.

                        Respectfully submitted,

                        /S/ HERBERT B. RAYMOND, ESQ.
                        -----------------------------
                        HERBERT B. RAYMOND, ESQ.