Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−14310−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Hasan Yilmaz
  397 Clifton Avenue
  First Floor
  Clifton, NJ 07011

Social Security No.:
  xxx−xx−8674

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/21/19 at 10:00 AM

to consider and act upon the following:

*80* − Certification in Opposition to (related document:78 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 7/22/2019. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Herbert B. Raymond on behalf of Hasan Yilmaz. (Raymond, Herbert)

Dated: 7/23/19

                        Jeanne Naughton
                        Clerk, U.S. Bankruptcy Court