| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>Attorneys for SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust<br>P: (212) 471-5100<br>Bankruptcy@FriedmanVartolo.com<br><br>IN RE:<br><br>Hasan Yilmaz<br><br>Debtors | Order Filed on September 5, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>CASE NO.: 17-14310<br><br>CHAPTER: 13<br><br>HON. JUDGE.:<br>Rosemary Gambardella<br><br>HEARING DATE:<br>SEPTEMBER 4, 2019 AT 10:00 AM |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: September 5, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust, on behalf of its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property commonly known and more fully described as: 397 Clifton Avenue, Clifton City, NJ 07011

**ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust, it's successors and/or assigns, to pursue its rights under applicable state law with respect to the premises 397 Clifton Avenue, Clifton City, NJ 07011; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the Movant is granted reasonable attorney fees in the amount of $850.00 and costs in the amount of $181.00; and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Hasan Yilmaz  
    Debtor

Case No. 17-14310-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 06, 2019  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2019.  
db          +Hasan Yilmaz,    397 Clifton Avenue,    First Floor,    Clifton, NJ 07011-2695

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2019                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2019 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Herbert B. Raymond    on behalf of Debtor Hasan Yilmaz herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com  
         Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation bankruptcy@friedmanvartolo.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Michelle Ghidotti    ecfnotifications@ghidottilaw.com, gbadmin@ecf.courtdrive.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         William M. E. Powers, III    on behalf of Creditor    Federal National Mortgage Association ecf@powerskirn.com  
         William M.E. Powers    on behalf of Creditor    Federal National Mortgage Association ecf@powerskirn.com  
         William M.E. Powers, III    on behalf of Creditor    Federal National Mortgage Association ecf@powerskirn.com  
                                                                                                                                  TOTAL: 9