Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−14310−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Hasan Yilmaz
397 Clifton Avenue
First Floor
Clifton, NJ 07011

Social Security No.:
xxx−xx−8674

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/9/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 9, 2019
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                         Case No. 17-14310-RG
Hasan Yilmaz                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Sep 09, 2019
                              Form ID: 148             Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2019.
```
db             +Hasan Yilmaz,    397 Clifton Avenue,    First Floor,    Clifton, NJ 07011-2695
cr             +SN Servicing Corporation,    Friedman Vartolo LLP,    85 Broad Street,    Suite 501,
                 New York, NY 10004-1734
516683492       Citimortgage,    PO Box 140609,    Corsicana, TX 75109
516683493      +City of Clifton,    Attn: Water / Sewer Department,    City Hall,    900 Clifton Avenue,
                 Clifton, NJ 07013-2796
516683494      +City of Clifton,    Attn; Water / Sewer,    City Hall,    900 Clifton Avenue,
                 Clifton, NJ 07013-2796
516683495       City of Clifton,    Sewer Payments,    PO Box 51070,    Newark, NJ 07101-5170
516683496      +FIA Card Services,    Attn: Bankruptcy,    P0 Box 182125,    Columbus, OH 43218-2125
516904629      +MTGLQ Investors, L.P.,    Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville SC 29603-0826
516683500      +PNC Bank,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
516683502      +PNC Bank,    Attn: Customer Service,    PO Box 609,    Pittsburgh, PA 15230-0609
516683499      +PNC Bank,    PO Box 747032,    Pittsburgh, PA 15274-7032
516683501      +PNC Bank,    Attn: Mortgage Service Center,    PO Box 3714558,    Pittsburgh, PA 15250-0001
516683503      +PNC Mortgage,    PO Box 74982,    Cleveland, OH 44194-1065
516683498      +Pnc Bank,    4661 E Main Street,    Columbus, OH 43213-3298
516683507      +Portfolio Recovery Associates, L.L.C.,    PO Box 12903,    Norfolk, VA 23541-0903
516683508      +Powers Kirn,    728 Marne Highway,    Suite 200,    PO Box 848,    Moorestown, NJ 08057-0848
516683509      +Powers Kirn   LLC,    728 Marne Highway,    Suite 200,    Moorestown, NJ 08057-3128
516683514     ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Seterus Inc,    14523 Sw Millikan Way,    Beaverton, OR 97005)
516683510     #+Seterus,    P0 Box 4121,    Beaverton, OR 97076-4121
516683512       Seterus,    14528 South Parview Drive,    Covina, CA 91724
516683511      +Seterus,    P0 Box 7162,    Pasadena, CA 91109-7162
516683513     #+Seterus,    P0 Box 4128,    Attn: Bankruptcy Department,    Beaverton, OR 97076-4128
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 10 2019 00:07:50     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 10 2019 00:07:46     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516683483       EDI: BANKAMER2.COM Sep 10 2019 03:23:00      Bank of America,    475 Crosspoint Parkway,
                 PO Box 9000,    Getzville, NY 14068-9000
516683482      +EDI: BANKAMER2.COM Sep 10 2019 03:23:00      Bank of America,    PO Box 17645,
                 Baltimore, MD 21297-1645
516683481       EDI: BANKAMER.COM Sep 10 2019 03:23:00      Bank of America,    PO Box 2240,    Brea, CA 92822
516683490       EDI: CITICORP.COM Sep 10 2019 03:23:00      Citibank Usa,    Citicard Credit Services,
                 P0 Box 20507,    Kansas City, MO 64195
516683484      +EDI: CHASE.COM Sep 10 2019 03:23:00      Cardmember Services,    PO Box 15153,
                 Wilmington, DE 19886-5153
516683485       EDI: CHASE.COM Sep 10 2019 03:23:00      Cardmember Services,    P0 Box 8650,
                 Wilmington, DE 19899
516683486      +EDI: CHASE.COM Sep 10 2019 03:23:00      Cardmemeber Services,    PO Box 15153,
                 Wilmington, DE 19886-5153
516683487      +EDI: CHASE.COM Sep 10 2019 03:23:00      Chase Bank,    PO Box 15153,    Wilmington, DE 19886-5153
516683488      +EDI: CHASE.COM Sep 10 2019 03:23:00      Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
516683489      +EDI: CITICORP.COM Sep 10 2019 03:23:00      Citibank,    PO Box 6500,
                 Sioux Falls, SD 57117-6500
516683491      +EDI: CITICORP.COM Sep 10 2019 03:23:00      Citibank Usa,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
516683497      +EDI: BANKAMER.COM Sep 10 2019 03:23:00      FIA Card Services, NA,    P0 Box 15137,
                 Wilmington, DE 19850-5137
516683505       EDI: PRA.COM Sep 10 2019 03:23:00      Portfolio Recovery,    140 Corporate Blvd.,
                 Norfolk, VA 23502
516683504       EDI: PRA.COM Sep 10 2019 03:23:00      Portfolio Recovery,    Attn: Bankruptcy,    P0 Box 41067,
                 Norfolk, VA 23541
516683506      +EDI: PRA.COM Sep 10 2019 03:23:00      Portfolio Recovery Associates, L.L.C.,    PO Box 12914,
                 Norfolk, VA 23541-0914
517820497      +E-mail/Text: bknotices@snsc.com Sep 10 2019 00:08:41
                 U.S. Bank Trust National Association, as Trustee,    C/O SN Servicing Corp.,    323 5th Street,
                 Eureka, CA 95501-0305
517820498      +E-mail/Text: bknotices@snsc.com Sep 10 2019 00:08:41
                 U.S. Bank Trust National Association, as Trustee,    C/O SN Servicing Corp.,    323 5th Street,
                 Eureka, CA 95501,    U.S. Bank Trust National Association, as,
                 C/O SN Servicing Corp. 95501-0305
                                                                                              TOTAL: 19
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Sep 09, 2019
                              Form ID: 148             Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2019 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor   MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Herbert B. Raymond    on behalf of Debtor Hasan  Yilmaz herbertraymond@gmail.com,
           raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
           ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
           ls789@gmail.com
          Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
           bankruptcy@friedmanvartolo.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Michelle  Ghidotti    ecfnotifications@ghidottilaw.com,  gbadmin@ecf.courtdrive.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M. E. Powers, III    on behalf of Creditor    Federal National Mortgage Association
           ecf@powerskirn.com
          William M.E. Powers    on behalf of Creditor    Federal National Mortgage Association
           ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Federal National Mortgage Association
           ecf@powerskirn.com
                                                                                               TOTAL: 9
```